Form B 2500C (Rev 06/16)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Missouri

In re:

Paul M Wojciechowski , Mary E Wojciechowski    **Debtor(s)**

**Bankruptcy Case No.:**
16–42442 – A659
**Chapter:** 13

Susan H Mello
Susan H. Mello LLC    **Plaintiff(s)**

**Adversary Proceeding No.:**
16–04179 – A659

Paul Wojciehowski
John V. LaBarge, Jr., Mary Wojciechowski, Patricia Wojciechowski    **Defendant(s)**

All documents regarding this matter **must** be identified by **both** Adversary and Bankruptcy Case numbers

## ALIAS SUMMONS AND NOTICE OF TRIAL IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of the Clerk:
> United States Bankruptcy Court
> Eastern District of Missouri
> 111 South Tenth Street, 4th Floor
> St. Louis, MO 63102

At the same time, you must also serve a copy of the motion or answer on plaintiff's attorney.

> Name and Address of Plaintiff's Attorney:
> Susan Mello
> 7751 Carondelet, #403
> Clayton, MO 63105

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a trial of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address: | Date and Time: |
|---|---|
| Thomas F. Eagleton U.S. Courthouse, 111 South Tenth Street, Courtroom 7 North – Seventh Floor, St. Louis, MO 63102 | 4/4/17  10:00 AM |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



*Dana C. McWay*

_____
**Clerk of the Bankruptcy Court**
**Dated: 1/26/17**

## CERTIFICATE OF SERVICE

I, _____, certify that service of this summons
           (name)
and a copy of the complaint was made _____ by:
                                              (date)

☐ Mail service: Regular, first class United States mail, postage fully pre–paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____          _____
             *Date*                                     *Signature*

| Print Name | | |
|---|---|---|
| Business Address | | |
| City | State | Zip |

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Missouri
### Eastern Division

| | |
|---|---|
| In re   Paul M Wojciechowski , Mary E Wojciechowski<br>Debtor(s) | Case No.: 16–42442 – A659<br><br>Chapter  13 |
| Susan H Mello<br>Susan H. Mello LLC<br>Plaintiff<br><br>v.<br><br>Paul Wojciehowski<br>John V. LaBarge<br>Mary Wojciechowski<br>Patricia Wojciechowski<br>Defendant(s) | Adversary  Case  No. 16–04179 – A659 |

## CONSENT TO ENTRY OF JUDGMENT AND ORDERS BY BANKRUPTCY COURT

Each party to the above−captioned adversary proceeding is to select **one** of the following two options indicating whether the party **will consent** or **will not consent** to having the Bankruptcy Court conduct any and all proceedings in this case, including trial and entry of orders and judgment in accordance with the provisions of Title 28 U.S.C. Section 157(b)(1) and/or (c)(2).

**IMPORTANT:** **File this form with the Clerk's office promptly, but not later than 14 days after your appearance, answer or responsive pleading, or, in a removed case in which you have already appeared, not later than 14 days after the filing of the notice of removal.**

**FAILURE TO FILE THIS FORM SHALL BE CONSTRUED AS CONSENT TO ENTRY OF ORDERS AND JUDGMENT BY THE BANKRUPTCY COURT.**

**CHECK ONE:**

☐   The party or parties listed below **consent** to entry of judgment and orders by the Bankruptcy Court in this adversary proceeding. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

☐   The party or parties listed below **do not** consent to the entry of judgment and orders by the Bankruptcy Court in this adversary proceeding.

Name of Party or Parties (please type or print):
_____
_____
_____

Submitted By: _____   Dated: _____
                              Signature (L.R.9011)

**Note: Corporations may execute this election only by counsel.**

Rev. 12/16 conbkjus

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Consent was served by mail, by hand delivery, or by the Court's CM/ECF system on all parties of record in this adversary proceeding, this _____ day of _____, 20___.

Signature:_____