UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| PAUL M. WOJCIECHOWSKI, and ) | Case No. 16-42442-659 |
| MARY E. WOJCIECHOWSKI, ) | Chapter 13 |
| ) | |
| Debtors. ) | |
| ) | |
| SUSAN H. MELLO, and ) | |
| SUSAN H. MELLO, LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| -v- ) | Adv. No. 16-4179-659 |
| ) | |
| PAUL WOJCIEHOWSKI, ET. AL., ) | |
| ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

The matter before the Court is Plaintiffs' Oral Motion to Remove Trial Date, that was brought before the Court at the hearing on February 28, 2017. Upon consideration of the record as a whole,

**IT IS ORDERED THAT** Plaintiffs' Oral Motion to Remove Trial Date is **GRANTED** and trial date is hereby removed from the April 4, 2017 trial docket.

_Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED: March 9, 2017
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO 63102

Susan Mello
7751 Carondelet, #403
Clayton, MO 63105

| | |
|---|---|
| Susan H. Mello<br>7751 Carondelet<br>Suite 403<br>Clayton, MO 63105 | Paul and Mary Wojciehowski<br>636 Undercliff<br>Hazelwood, MO 63042 |
| John V. LaBarge, Jr.<br>P.O. Box 430908<br>St. Louis, MO 63143 | Patricia Wojciechowski<br>2555 Liberty<br>Hazelwood, MO 63031 |
| Joseph M. Wilson<br>PO Box 430908<br>St Louis, MO 63143 | |