United States Bankruptcy Court

Eastern District of Missouri

IN re Paul Wojciechowski et al

Debtor                ) 16-42442

____

Susan H Mello   et al

Plaintiffs

 v

Paul Wojciechowski et al

Defendants            16- 04179

Creditor/s / Plaintiffs'   Memo of law on the Motions to revoke in 42442 and on the  preclusive effect in 4179   where  in order for there to have same   proper procedures must have been followed  and  a full right to be heard and  submits that

  1  As  raised in the Motions  it was  error  under  Rule 3015 for the court  to proceeded   ojn good faith objections without a proper   evidentiary hearing .

   This is especially so  where rule 3015 directly  provides  an objection is governed by rule 9014 that requires  evidence on good faith  objections   and   makes it clear   a court may proceed without  evidence when no  objection is made ( which would be superfluous if the court  had  the option anyway  to proceed without  evidence  court may proceed  without a full  evidentiary  hearing.

Rule  3015  further mandates there is a  is to be  an evidentiary hearing stating where an issue of good faith is  raised :

   f) Objection to Confirmation; Determination of Good Faith in the Absence of an Objection. An objection to confirmation of a plan shall be filed and served on the debtor, the trustee, and any other entity designated by the court, and shall be transmitted to the United States trustee, before

confirmation of the plan. An objection to confirmation is governed by Rule 9014. If no objection is timely filed, the court may determine that the plan has been proposed in good faith and not by any means forbidden by law without receiving evidence on such issues,.

As such rule 3015 confirms it is proper the order be revoked , for relief from same under rule 60b ( rule 9024) where rule 60b provides there should be relief from a judgment when On motion and just terms, the court may relieve a party or its legal representative from a final

(4) the judgment is void;

(5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or

(6) any other reason that justifies relief.


2. Rule 3015 further confirms there should be no preclusive effect and relief from the judgment where as in the Code rule 3015 confirms all creditors should have advance notice of any plan . Here where changes to the plan were made only at the in court hearing, it denied Creditor and others. The same rule sets out :


(d) Notice and Copies. The plan or a summary of the plan shall be included with each notice of the hearing on confirmation mailed pursuant to Rule 2002. If required by the court, the debtor shall furnish a sufficient number of copies to enable the clerk to include a copy of the plan with the notice of the hearing.

(e) Transmission to United States Trustee. The clerk shall forthwith transmit to the United States trustee a copy of the plan and any modification thereof filed pursuant to subdivision (a) or (b) of this rule.

(f) Objection to Confirmation; Determination of Good Faith in the Absence of an Objection. An objection to confirmation of a plan shall be filed and served on the debtor, the trustee, and any other entity designated by the court, and shall be transmitted to the United States trustee, before confirmation of the plan.

Here there was no notice or service of the change, or such notice with an actual modification of the plan as noted in the transcript. And it would be unfair for there to be a preclusive e ffect when there was no notice or chance to address the modified plan .

Respectfully submitted,

/s/ Susan H Mello

Susan H Mello

Susan H Mello LLC

7751 Carondelet 403

Clayton, Mo 63105

314 721 7521

314 863 7779 fax

SusanMello@Gmail.com

Prop er and attorney for Susan H Mello LL

Certificate of service

The undersigned certifies on 6/30/2017 through the court ecf system she served A Redden and J Wilson/ D Daughtery Trustee

and to her knowledge there is no one not on the ecf system who needs to be served with he date of e filing and thus the date of service July 7 , 2017 /s/ Susan H Mello